UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14020-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

       Plaintiff,

vs.

ALVIN ROGER BELLEFLEUR,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on May 25, 2010. A Report and Recommendation was filed on June 1, 2010, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Information which charges the Defendant with knowingly making a false statement to the Small Business Administration for the purpose of obtaining a loan, in violation of Title 15, United States Code, Section 645(a).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of June, 2010.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office